```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 13-03703-RNO
Lisa M. Yinger                                                      Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
```

District/off: 0314-1          User: MMchugh              Page 1 of 1                  Date Rcvd: Sep 13, 2016
                              Form ID: ntrevtfr          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2016.
db             +Lisa M. Yinger,   596 Monroe Street,   Steelton, Pa 17113-2719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor Lisa M. Yinger cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joseph P Schalk    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

ntrevtfr(04/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Lisa M. Yinger
Debtor(s)

Chapter 13

Case No. 1:13−bk−03703−RNO

## Notice

Notice to the Debtor:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for debtor unless a Certification About a Financial Management Course is filed.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> PO Box 908 <br> Harrisburg, PA 17108 <br> (717) 901−2800 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Terrence S. Miller <br> By: MMchugh |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 13, 2016 |