```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 13-03703-RNO
Lisa M. Yinger                                                      Chapter 13
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh                Page 1 of 2              Date Rcvd: Oct 14, 2016
                               Form ID: fnldecnd            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
```
db             +Lisa M. Yinger,    596 Monroe Street,    Steelton, Pa 17113-2719
4348976         Capital One,    Bankruptcy Claims,    PO Box 85167,    Richmond, VA  23285-5167
4385272         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4348977        +Citibank/Home Depot,    PO Box 6282,    Sioux Falls, SD 57117-6282
4348978        +Citibank/VS,   Customer Service,    PO Box 6500,    Sioux Falls, SD 57117-6500
4348980        +HSBC/Orchard Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
4348982        +Joseph L. Donato III,    Treasurer. Swatara Township,    599 Eisenhower Boulevard,    Po Box 3255,
                 Harrisburg, Pa 17105-3255
4348983         Joseph L. Donato III, Treas.,    599 Eisenhower Blvd,    PO Box 3255,
                 Harrisburg, PA  17105-3255
4348984        +Macy's,   Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
4729882        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
4423572        +Ocwen Loan Servicing LLC,    3451 Hammond Ave,    Waterloo IA 50702-5345,    Attn: Pymt Processing
4354080         OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009
4348988        +Pinnacle Health,    PO Box 2353,    Harrisburg, PA 17105-2353
4348989         Susquehanna Valley FCU,    3850 Hartzdale Drive,    Camp Hill, PA  17011 7809
4348990        +Target National Bank,    PO Box 673,    Minneapolis, MN 55440-0673
4348991        +Toys R Us,   One Geoffrey Way,    Wayne, NJ 07470-2066
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4404404        +E-mail/Text: bncmail@w-legal.com Oct 14 2016 19:16:00     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4348979        +E-mail/Text: bankruptcy.bnc@ditech.com Oct 14 2016 19:15:52     Green Tree,    PO Box 6172,
                 Rapid City, SD 57709-6172
4366613        +E-mail/Text: bankruptcy.bnc@ditech.com Oct 14 2016 19:15:52     Green Tree Servicing, LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone number 60055-0049
4348981         E-mail/Text: EBN_Notifications@OWB.com Oct 14 2016 19:15:55     IndyMac Mortgage Service,
                 PO Box 78826,    Phoenix, AZ 85062-8826
4348986         E-mail/PDF: gecsedi@recoverycorp.com Oct 14 2016 19:11:37     Old Navy,    PO Box 981401,
                 El Paso, TX  79998-1401
4348987        +E-mail/PDF: cbp@springleaf.com Oct 14 2016 19:11:30     One Main Financial,
                 300 Saint Paul Place,    BLP 13A,    Baltimore, MD 21202-2120
4412939         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 14 2016 19:28:13
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4390716         E-mail/Text: bnc-quantum@quantum3group.com Oct 14 2016 19:15:55
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
4361141        +E-mail/Text: bncmail@w-legal.com Oct 14 2016 19:16:00     TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
4423573         Ocwen Loan Servicing LLC,    3451 Hammond Ave,    Waterloo IA 50702,    Attn: Pymt Processing,
                 Ocwen Loan Servicing LLC,    3451 Hammond Ave
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,     PO Box 619096,
                 Dallas, TX  75261-9741)
4729883*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741,
                 Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
4348985        ##+New York & Company,    450 W. 33rd St., 5th Fl.,    New York, NY 10001-2632,
                 Attn:  Customer Service
                                                                                               TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:

```
          Chad J. Julius    on behalf of Debtor Lisa M. Yinger cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Joseph P Schalk    on behalf of Creditor   OCWEN LOAN SERVICING, LLC pamb@fedphe.com
          Joshua I Goldman    on behalf of Creditor   OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Lisa M. Yinger  
596 Monroe Street  
Steelton, Pa 17113

Chapter 13  
Case No. 1:13−bk−03703−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−4770

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for Lisa M. Yinger, Debtor in accordance with §1328 of the Bankruptcy Code.

Dated: October 14, 2016

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: MMchugh, Deputy Clerk

Case 1:13-bk-03703-RNO    Doc 38    Filed 10/16/16    Entered 10/17/16 00:51:29    Desc
Imaged Certificate of Notice    Page 3 of 3