Certificate Number: 16339-PAM-DE-027558522

Bankruptcy Case Number: 13-03703



16339-PAM-DE-027558522

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2016, at 1:55 o'clock PM EDT, Lisa M Yinger completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 6, 2016        By: /s/Kelley Tipton

                          Name: Kelley Tipton

                          Title: Certified Financial Counselor